No. 97–1254. PRACTICE MANAGEMENT INFORMATION CORP. *v.* AMERICAN MEDICAL ASSN. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 97–1374. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. *v.* CITY OF NEW YORK ET AL. D. C. D. C. [Probable jurisdiction noted, 522 U. S. 1144.] Motion of appellees for divided argument granted to be divided as follows: appellants, 30 minutes; New York City appellees, 15 minutes; Snake River appellees, 15 minutes. Request for additional time for oral argument denied.

No. 97–5737. FORNEY *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. [Certiorari granted, 522 U. S. 1072.] Motion of the Solicitor General for divided argument granted to be divided as follows: petitioner, 15 minutes; the Solicitor General, 15 minutes; *amicus curiae* in support of the judgment below, 30 minutes.

No. 97–6203. JONES *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1045.] The order entered March 30, 1998, granting a writ of certiorari is amended as follows: "The writ of certiorari is limited to the following questions: 1. Does 18 U. S. C. §§ 2119(1)–(3) describe sentencing factors or elements of the offense? 2. If 18 U. S. C. §§ 2119(1)–(3) sets forth sentencing factors, is the statute constitutional?"

No. 97–8202. IN RE KENNEDY;
No. 97–8217. IN RE MITCHELL; and
No. 97–8235. IN RE DOYLE. Petitions for writs of habeas corpus denied.

No. 97–1329. IN RE MORRIS; and
No. 97–7741. IN RE MUZAKKIR. Petitions for writs of mandamus denied.

No. 97–8234. IN RE GRIFFIN. Petition for writ of mandamus and/or prohibition denied.

No. 97–530. PORTER *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 97–723. HUNTER *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.